UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:23-cv-02677-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 23) |

Plaintiff Jacqueline Coleman is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to prosecute. (Doc. No. 23.) Specifically, Plaintiff has failed to comply with the court's order dated April 2, 2025, in which Plaintiff's second amended complaint was dismissed for failure to state a cognizable claim and Plaintiff was directed to file a third amended complaint within thirty days. (Doc. No. 22.) Plaintiff has not filed a third amended complaint, sought an extension of time to file a third amended complaint, or otherwise responded to the court's April 2, 2025 order. (*Id.* at 1.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 23 at 2.) To date, no

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 20, 2025 (Doc. No. 23) are ADOPTED in full;
2. This action is DISMISSED without prejudice due to Plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 16, 2025**

Dena Coggins
United States District Judge

2