## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE COLEMAN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:23−CV−02677−DC−CKD** |
| **COUNTY OF SACRAMENTO , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/17/25 .**

ENTERED: **July 17, 2025**      /s/ **Keith Holland**
                                            Clerk of Court